UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALLSTATE INSURANCE CO.,

    Plaintiff,

v.                                                        CASE NO: 8:03-cv-2375-T-23TGW

UNITED STATES OF AMERICA,

    Defendant.

_____/

### ORDER

The plaintiff has failed to respond to an order (Doc. 9) directing the plaintiff to

show why this action should not be dismissed for failure to prosecute.  Accordingly, this

action is **DISMISSED**.  The Clerk is directed to (1) terminate any pending motion and (2)

close the file.

ORDERED in Tampa, Florida, on July 13, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy